IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

GENARY MADDOX,                          )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )          1:04-CV-672-B
                                        )          WO
JO ANNE B. BARNHART,                    )
COMMISSIONER OF SOCIAL SECURITY,        )
                                        )
          Defendant.                    )

## ORDER ON MOTION FOR ATTORNEY FEES

On February 2, 2005, this Court entered a *Final Judgment* remanding this case to the

Commissioner of Social Security for further proceedings pursuant to *sentence four* of 42

U.S.C. §405(g).  (Docs. 18 and 19).  Submitted now is the Plaintiff's uncontested[1]

*Application For Attorney Fees Under The Equal Access To Justice Act (EAJA)* filed on April

21, 2005 (Doc. 20).

Pursuant to the Equal Access to Justice Act, 28 U.S.C.§2412,  Plaintiff seeks a total

award of *$3,468.51* consisting of $3,444.75 for attorney's fees to counsel of record, Micki

Beth Stiller, at an hourly rate of $153.10[2] and $23.76 for photocopying and postage expenses.

The Court finds  that Plaintiff's motion for attorney's fees is timely filed and that she is a

---

[1]The Commissioner "does not contest Plaintiff's request." *(Defendant's Response* , Doc. 25, filed May 23, 2005)

[2]Plaintiff's fee itemization reflects a total of 22.5  hours of services rendered between May 27, 2004 and April 4, 2005.

"prevailing party" within the meaning of 28 U.S.C. §2412(d)(1)(A), in that pursuant to the Order and Judgment filed February 2, 2005 the Court remanded this case for further consideration pursuant to *sentence four* of 42 U.S.C. §405(g).  Plaintiff has documented increases in the consumer price index which authorize an increase from the $125 hourly fee specified in the EAJA to the requested hourly rate as an adjustment for inflation. Plaintiff's requested hourly rate is reasonable as are the hours expended for legal representation.

Accordingly, it is the **ORDER, JUDGMENT, and DECREE** of this Court that the Plaintiff's *Application For Attorney Fees Under The Equal Access To Justice Act (EAJA)* (Doc.  20) is **GRANTED** in the total amount of **$3,468.51**,  payable to Plaintiff's counsel, Micki Beth Stiller.


DONE this 24th  day of May,  2005.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

2